IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PRIME VICTOR INTERNATIONAL LIMITED** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-176-MAK** |
| | : | |
| **SIMULCRA CORPORATION** | : | |

## ORDER

**AND NOW**, this 12th day of April 2023, following reassignment (D.I. 11), and consistent with our collective obligations under Federal Rule 1, it is **ORDERED**:

1. Counsel and all parties are governed by this Court's Policies and Procedures at www.ded.uscourts.gov;

2. We **vacate** the March 27, 2023 Order (D.I. 9);

3. We will hold an **INITIAL PRETRIAL CONFERENCE** by telephone on **April 26, 2023** at **12:00 P.M.**: (Dial-in Number: 888-278-0296; Access Code: 5723096#);

4. The parties shall engage in early, ongoing and meaningful discovery planning proportional to the needs of your case including by: preparing the stipulation of undisputed facts for the Court's review at the Initial Pretrial Conference required in our Rule 26(f) report; disclosing insurance coverage; and, addressing the need for a F.R.E. 502 Order;

5. The parties shall exchange the required initial disclosures under Fed. R. Civ. P. 26(a) <u>and shall produce</u> copies of the identified documents, on or before **April 18, 2023**;

6. The discovery period, regardless of a pending motion, begins with this Order and the parties shall exchange written discovery requests **immediately** including focusing pre-conference discovery on information relevant to the most important issues available from the most easily accessible sources;

7. After consulting with all parties, Plaintiff's counsel shall complete and file with the Clerk the required Report of the Rule 26 (f) Meeting incorporating, at a minimum, **all** the information required in our Form Rule 26(f) Report (found on the Court website with our Policies and Procedures) on or before **Monday, April 24, 2023**;

8. Lead trial counsel is required to appear at the conference. If trial counsel is on trial in another matter, an attorney in his or her office who is thoroughly familiar with this case is required to appear at the conference, and will then be designated as lead trial counsel for scheduling purposes; and,

9. Lead trial counsel shall have addressed settlement with all parties and be prepared to discuss status of settlement, including authority from the clients to settle.

KEARNEY, J.