#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRIME VICTOR INTERNATIONAL LIMITED | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-176-MAK |
| | : | |
| SIMULACRA CORPORATION | : | |

## ORDER

**AND NOW**, this 14th day of July 2023, upon considering Plaintiff's Motion for judgment on the pleadings (D.I. 25), Defendant's Response (D.I. 30), Plaintiff's Reply (D.I. 31), following extensive oral argument, and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT**:

1. Plaintiff's Motion for judgment on the pleadings (D.I. 25) but defer entering judgment until review of proposed interest calculations and requested fees and costs; and,

2. Plaintiff leave to petition for the requested reasonable attorney's fees and costs under the Note supported by invoices and a fee/costs comparator affidavit, along with defining the amount of claimed interest, no later than **July 25, 2023** affording Defendant leave to object by no later than **August 8, 2023.**

*[signature]*
**KEARNEY, J.**