IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRIME VICTOR INTERNATIONAL LIMITED | : CIVIL ACTION |
| v. | : NO. 23-176-MAK |
| SIMULACRA CORPORATION | : |

## ORDER

**AND NOW**, this 7th day of August 2023, upon considering the Stipulation (D.I. 42) to the amount and calculation of final judgment following our July 14, 2023 Order granting Plaintiffs' Motion for judgment on the pleadings but deferring judgment until review of proposed interest calculations and requested fees and costs (D.I. 38), and mindful Defendant is not waiving appellate arguments, it is **ORDERED** we **APPROVE** the Stipulation (D.I. 42) requiring we:

1.  **DIRECT** the Clerk of Court enter **JUDGMENT against Defendant and in favor of Plaintiff** for **$1,518,862.66** plus post-judgment interest on this Judgment until payment at the rate of either 5.38% or applicable statutory rate consistent with 28 U.S.C. §1961 consisting of:

    i. $1,259,712.00 in unpaid principal and pre-default contractual interest through December 31, 2022;

    ii. $75.583.47 post-default contractual interest at $345.13 per day from January 1, 2023 through August 7, 2023;

    iii. $183,567.19 in attorneys' fees, costs, and expenses;

2.  **DENY** as moot Plaintiff's Motion for entry of final judgment (D.I. 39); and,

3.  **DIRECT** the Clerk of Court **close** this case.

_____
KEARNEY, J.